UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE YARROW<br><br>    Plaintiff,<br><br>- v -<br><br>MEDIVATORS INC., THOMAS LUTHY and CANTEL MEDICAL CORP.<br><br>    Defendants. | Case No. 7:16-cv-07952 (CS)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Britt C. Hamilton, an attorney with DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for Defendants MEDIVATORS INC., THOMAS LUTHY and CANTEL MEDICAL CORP., and respectfully requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
   October 27, 2016

                DLA PIPER LLP (US)

                By: /s/ Britt C. Hamilton
                   Britt C. Hamilton

                1251 Avenue of the Americas, 27th Floor
                New York, New York 10020
                Tel.: (212) 335-4500
                E-mail: britt.hamilton@dlapiper.com

                *Attorneys for Defendants*