

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Britt C. Hamilton
britt.hamilton@dlapiper.com
T   212.335.4837
F   212.335.4501

October 28, 2016

<u>V<small>IA</small> ECF <small>AND</small> E-M<small>AIL</small></u>
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building & U.S. Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

   Re: <u>Suzanne Yarrow v. Medivators Inc., et al.</u>
     Civil Action No. 7:16-cv-7952 (CS)

Dear Judge Seibel:

  We represent Defendants Medivators Inc., Thomas Luthy, and Cantel Medical Corp. ("Defendants") in the above-captioned case.  We write to respectfully request the Court so-order the parties' stipulation, filed herewith as <u>Exhibit A</u>, extending Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint from November 7, 2016, to and including November 18, 2016.  No previous requests for an extension have been made.  The reason for this request is to permit additional time to investigate the allegations in the Complaint and, if necessary, prepare a motion to dismiss.[1]  As reflected in the attached stipulation, counsel for Plaintiff consents to this request.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                <u>/s/ Britt C. Hamilton</u>

                Britt C. Hamilton

  cc: all counsel of record (via CM/ECF)

---

[1] In such event, Defendants shall fully comply with Rule 2.A of the Court's Individual Practices.