UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE YARROW<br><br>　　　　　Plaintiff,<br><br>- v -<br><br>MEDIVATORS INC., THOMAS LUTHY and<br>CANTEL MEDICAL CORP.<br><br>　　　　　Defendants. | Case No. 7:16-cv-07952 (CS)<br><br>**STIPULATION**<br>**AND ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff Suzanne Yarrow ("Plaintiff") and for defendants Medivators Inc., Thomas Luthy, and Cantel Medical Corp. (together, the "Defendants"), that (i) the Defendants shall waive any objection regarding the Plaintiff's service of the Complaint upon the Defendants in the above-captioned action, and (ii) the time for the Defendants to answer, move, or otherwise respond to the Plaintiff's Complaint is hereby extended up to and including November 18, 2016. This is the first request for such an extension.

　　　　This Stipulation may be signed in counterparts, and facsimile or electronic signatures upon this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       October 27, 2016

| DEUTSCH ATKINS, P.C. | DLA PIPER LLP (US) |
|---|---|
| By: *[signature]* <br> Michael Malatino | By: *[signature]* <br> Britt Hamilton |
| 25 Main Street, Suite 104 <br> Hackensack, New Jersey 07601 <br> Tel: (201) 498-0900 <br> E-mail: Mmalatino@deutschatkins.com | 1251 Avenue of the Americas, 27th Floor <br> New York, New York 10020 <br> Tel.: (212) 335-4500 <br> E-mail: britt.hamilton@dlapiper.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE