UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE YARROW<br><br>                    Plaintiff,<br><br>        - v -<br><br>MEDIVATORS INC., THOMAS LUTHY and CANTEL MEDICAL CORP.<br><br>                    Defendants. | Case No. 7:16-cv-07952 (CS) |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS**
<u>**MEDIVATORS INC. AND CANTEL MEDICAL CORP.**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Medivators Inc. and Cantel Medical Corp. (both private non-governmental corporate parties), hereby certifies as follows:

1.       Defendant Medivators Inc. is a wholly owned subsidiary of Defendant Cantel Medical Corp., a publicly held Delaware corporation.  No other publicly held corporation owns 10% or more of Medivators Inc.'s stock.

2.       Defendant Cantel Medical Corp. is a publicly held Delaware corporation.  Cantel Medical Corp. has no parent corporation, nor does any other publicly held corporation own 10% or more of Cantel Medical Corp.'s stock.

Dated: Short Hills, New Jersey
November 18, 2016

**DLA PIPER LLP (US)**

By: /s/ Joseph D. Guarino_____
    Joseph D. Guarino
    *Admitted Pro Hac Vice*

51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
T: (973) 520-2550
F: (973) 520-2551
E-mail: joseph.guarino@dlapiper.com

Britt C. Hamilton
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Tel.: (212) 335-4500
E-mail: britt.hamilton@dlapiper.com

*Attorneys for Defendants*