Seibel, J. KY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
-------------------------------------------------------------- x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned SUZANNE YARROW vs. MEDIVATORS INC., THOMAS LUTHY and CANTEL MEDICAL CORP., No. 16-cv-07952.

The date(s) for which such authorization is provided is (are) February 28, 2017.

| Attorney | Device(s) |
|---|---|
| 1. Bruce L. Atkins, Esq. | Cell Phone and Tablet Computer |
| 2. Michael Malatino, Esq. | Cell Phone |
| 3. | |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: February 17, 2017

_____
Cathy Seibel
United States District Judge

Revised: February 26, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/17